IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GARY LEE STINNETT, SR. | § | |
| | § | |
| VS. | § | Civil No. 4:16-CV-0252-Y |
| | § | |
| NANCY A. BERRYHILL, | § | |
| ACTING COMMISSIONER OF SOCIAL | § | |
| SECURITY | § | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS</u>

On March 31, 2017, the United States magistrate judge issued a report and recommendation in this case (doc. 15). The report gave all parties fourteen days thereafter to serve and file with the Court written objections to the magistrate judge's proposed findings, conclusions, and recommendation. No written objections have been filed by either party. See *Douglass v. United Servs. Auto. Assoc.*, 79 F.3d 1415, 1428-29 (5th Cir. 1996). As a result, in accordance with 28 U.S.C. § 636(b)(1), *de novo* review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby ADOPTED as the findings and conclusions of this Court. It is therefore ORDERED that the commissioner of Social Security's decision is REVERSED and REMANDED to the commissioner under the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with this order.

SIGNED April 18, 2017.

/s/ Terry R. Means
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE